**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|                                       |     |                       |
|---------------------------------------|-----|-----------------------|
| **RICHARD LEMAR,**                    | )   |                       |
|                                       | )   |                       |
| **Plaintiff,**                        | )   |                       |
|                                       | )   | **Civil Action No.**  |
| **v.**                                | )   | **11-11333-FDS**      |
|                                       | )   |                       |
| **W.H. MAZE COMPANY, d/b/a**          | )   |                       |
| **INDEPENDENT NAIL COMPANY,**         | )   |                       |
|                                       | )   |                       |
| **Defendant.**                        | )   |                       |

_____)

## ORDER ON REPORT AND RECOMMENDATION

**SAYLOR, J.**

No objection having been filed in the time afforded by Fed. R. Civ. P. 72(b)(2), the

Report and Recommendation of the Magistrate Judge dated June 10, 2013, is hereby

ADOPTED.  Defendant's Motion for Summary Judgment is DENIED.

**So Ordered.**

 /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 8, 2013